JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA SALAZAR, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITIMORTGAGE, INC., a Delaware corporation; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally charted corporation; and Does 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. CV13-08515 R (VBKx)<br><br>**ORDER RE: APPLICATION AND STIPULATION TO REMAND ACTION TO SUPERIOR COURT**<br><br>Hon. Manuel L. Real |

　　　Having read and considered the parties' Stipulation to Remand Action to State Court, the Court finds that there is no longer any basis for federal jurisdiction over the matters at issue in this action and that good cause exists for the matter to be remanded to state court.

///

///

1  IT IS THEREFORE ORDERED that the instant action is hereby remanded
2  in its entirety to the original court of competent jurisdiction, the Superior Court of
3  the State of California, County of Los Angeles Central District, case number
4  BC523146.
5  **IT IS SO ORDERED.**
6
7  Dated:  December 19, 2013
8  _____
9  Hon. Manuel L. Real
   Judge of the District Court
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28